**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

WELLS FARGO BANK, N.A., AS : No. 220 MAL 2015
TRUSTEE FOR NMST 2004-1, :
                        :
         Respondent : Petition for Allowance of Appeal from the
                        : Order of the Superior Court
                        :
          v. :
                        :
                        :
MARK DAVID FRANKEL AND :
CHRISTINE S. FRANKEL :
                        :
PETITON OF: MARK DAVID
FRANKEL

## ORDER

**PER CURIAM**

       **AND NOW**, this 25th day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.